1  Daniel J. Kelly (Bar No. 145088)
   HAIGHT BROWN & BONESTEEL LLP
2  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
3  Telephone: 415.546.7500
   Facsimile: 415.546.7505
4

5  Attorneys for Defendant NORTHROP GRUMMAN
   SHIP SYSTEMS, INC. formerly AVONDALE
6  INDUSTRIES, INC.

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMAN DIAL, | Case No. C 97-0952 MHP |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| RAYBESTOS-MANHATTAN, INC., et al., | |
| Defendant. | |

Defendant Northrop Grumman Ship Systems, Inc., formerly Avondale Industries, Inc. hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Henry D. Rome, Howard Rome Martin & Ridley LLP.

Dated: March 18, 2008

NORTHROP GRUMMAN SHIP SYSTEMS, INC. formerly AVONDALE INDUSTRIES, INC.

By: _____
Cynthia R. Thompson

///

///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000060
3030020.1

1

Case No. C 97-0952 MHP
SUBSTITUTION OF ATTORNEY

1     I consent to the above substitution.

2 Dated: March 4, 2008     HOWARD ROME MARTIN & RIDLEY LLP
       April

By: /s/ Bn Bailey
Henry D. Rome
Present Attorneys for Defendant
NORTHROP GRUMMAN SHIP SYSTEMS, INC. formerly AVONDALE INDUSTRIES, INC.

8     I am duly admitted to practice in this District and accept the above substitution.

9 Dated: March 28, 2008     HAIGHT BROWN & BONESTEEL LLP

By: /s/ Daniel J. Kelly
Daniel J. Kelly
New Attorneys for Defendant
NORTHROP GRUMMAN SHIP SYSTEMS, INC. formerly AVONDALE INDUSTRIES, INC.

**Substitution of Attorney is hereby approved.**

Dated: April 15, 2008

United States ~~Magistrate~~ Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

NG06-0000060
3030020.1

2

Case No. C 97-0952 MHP
SUBSTITUTION OF ATTORNEY